AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the
Eastern District of California

**FILED**

FEB 19 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| Jorge Gomez | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Petitioner* | ) |
| | ) |
| v. | ) |
| | ) |
| Andrew Ciolli | ) |
| (Warden of U.S.P. Atwater) | ) |
| | ) |

Case No. 1:21-cv-207-JLT (HC)
*(Supplied by Clerk of Court)*

_____
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.  (a) Your full name:  Jorge Armando Gomez
    (b) Other names you have used:  Jorge Gomez
2.  Place of confinement:
    (a) Name of institution:  Bureau of Prisons, U.S.P. Atwater
    (b) Address:  1 Federal Way
        Atwater, CA 95301
    (c) Your identification number:  23660-111
3.  Are you currently being held on orders by:
    ☑ Federal authorities   ☐ State authorities   ☐ Other - explain: _____

4.  _____ Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
        (a) Name and location of court that sentenced you:  United States District Court
            Northern District of California, Oakland Division
        (b) Docket number of criminal case:  16-cr-00382-HSG-11
        (c) Date of sentencing:  06/18/2018
    ☐ Being held on an immigration charge
    ☐ Other *(explain)*:  Not Applicable
    _____
    _____

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

❑ Pretrial detention
❑ Immigration detention
❑ Detainer
❑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory
   maximum or improperly calculated under the sentencing guidelines)
❑ Disciplinary proceedings
❑ Other *(explain)*:     Not Applicable

6.    Provide more information about the decision or action you are challenging:
      (a)  Name and location of the agency or court:    Bureau of Prisons, U.S.P. Atwater
                                                         1 Federal Way, Atwater, CA 95301
      (b)  Docket number, case number, or opinion number:          NONE
      (c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
      Bureau of Prisons, U. S. P. Atwater denied Petitioner request for immediate application of Earned Time Credits
      awarded under the First Step Act, 18 U. S. C. Section 3632 (d) (4) (A).

      (d)  Date of the decision or action:    10/17/2020

                  **Your Earlier Challenges of the Decision or Action**

7.    **First appeal**
      Did you appeal the decision, file a grievance, or seek an administrative remedy?
      ☑ Yes          ❑ No
      (a)  If "Yes," provide:
            (1)  Name of the authority, agency, or court:   Bureau of Prisons, U. S. P. Atwater,
                                                            Philip Baria (Unicor Facility Manager) Unicor Recycling
            (2)  Date of filing:   02/14/2020
            (3)  Docket number, case number, or opinion number:        NONE
            (4)  Result:    Request for immediate application Earned Time Credits under the First Step Act Denied..
            (5)  Date of result:   10/16/2020
            (6)  Issues raised:     Whether the Petitioner Jorge Gomez is entitled to receive immediate application of
            the Earned Time Credit, under the First Step Act, 18 U. S. C. Section 3632 (d) (4) (A).

                  See Exhibit #1
      (b)  If you answered "No," explain why you did not appeal:    Not Applicable

8.    **Second appeal**
      After the first appeal, did you file a second appeal to a higher authority, agency, or court?
      ☑ Yes          ❑ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:   Bureau of Prisons, U. S. P. Atwater

    Mrs. Taitano (Case Manager & Unit Team) U.S.P. Atwater

    (2) Date of filing:  10/14/2020

    (3) Docket number, case number, or opinion number:   NONE

    (4) Result:   Request for immediate application Earned Time Credits under the First Step Act Denied.

    (5) Date of result:  10/17/2020

    (6) Issues raised:   Whether the Petitioner Jorge Gomez, is entitled to receive immediate application of

the Earned Time Credit, under the First Step Act, 18 U. S. C. Section 3632 (d) (4) (A).

See Exhibit #2

(b) If you answered "No," explain why you did not file a second appeal:  Not Applicable

---

9.   **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☑Yes    ☐No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:   Bureau of Prisons, U. S. P. Atwater,

    Andrew Ciolli (Warden of U. S. P. Atwater)

    (2) Date of filing:  10/14/2020

    (3) Docket number, case number, or opinion number:   NONE

    (4) Result:   Request for immediate application Earned Time Credits under the First Step Act Denied.

    (5) Date of result:  10/17/2020

    (6) Issues raised:   Whether the Petitioner Jorge Gomez is entitled to receive immediate application of

Earned Time Credits under the First Step Act. 18 U. S. C. Section 3632 (d) (4) (A).

See Exhibit #3

(b) If you answered "No," explain why you did not file a third appeal:   Not Applicable

---

10.  **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐Yes    ☑No

If "Yes," answer the following:

(a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes    ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1)  Name of court: Not Applicable

(2)  Case number:

(3)  Date of filing:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

(b)  Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes                    ☐ No

If "Yes," provide:

(1)  Name of court: Not Applicable

(2)  Case number:

(3)  Date of filing:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

(c)  Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:   Not Applicable

11.  **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes                    ☑ No

If "Yes," provide:

(a)  Date you were taken into immigration custody:

(b)  Date of the removal or reinstatement order:

(c)  Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                    ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: _____

(2) Case number:  Not Applicable _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

_____

(d)  Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☐ No

If "Yes," provide:

(1) Name of court:  Not Applicable _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

12.  **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes                    ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application:      Not Applicable _____

(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.   State every ground (reason) that supports your claim that·you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** In violation of the 14th and 5th Amendment of the Constitution.  No State shall deprive any person of life, liberty, or property, without due process of law, nor deny to any person within it's jurisdiction the equal protections of the laws.  Under the First Step Act, Petitioner Jorge Gomez is being denied due process of law, equal protection and his liberty in violation of the 14th and 5th Amendment of the Constitution.

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

Petitioner requested for Earned Time Credits under the First Step Act was denied by Bureau of Prisons, U. S. P. Atwater, Andrew Ciolli (Warden of U. S. P. Atwater).  Warden Andrew Ciolli, States, "Time credits are applied by by the staff of the DSCC (Designations & Sentence Computation Center) in Grand Praine, Tx.  They are not calculated locally.  The BOP continues to examine which Evidence Based Programs will qualify for this."
Exhibit #3

(b)  Did you present Ground One in all appeals that were available to you?
☑Yes            ☐No

**GROUND TWO:** The First Step Act requires prisoners to successfully participate in evidence-based recidivism reduction programing or productive activities in order to earn time credits toward their sentence.
The Petitioner Jorge Gomez has successfully participate in evidence-based recidivism reduction programing or productive activities doing vocational training/work at Unicor Recycling November 1, 2019 to Present.

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

Unicor Work Performance Evaluation Record 11/01/2019 - 03/31/2020 score 24 of 25 points. Exhibit #4
Unicor Work Performance Evaluation Record 04/01/2019 - Current score 24 of 25 points Exhibit #5
Unicor Inmate Earning Statement 01/31/2021 - 02/02/2021 Exhibit #6
Pursuant to 18 U.S.C.A. Section (d) (4), prisoners shall earn time credits for participation in evidence-based recidivism reduction programing or productive activities.

(b)  Did you present Ground Two in all appeals that were available to you?
☑Yes            ☐No

**GROUND THREE:** The First Step Act provides for prisoners to earn 10 days of time credits for every 30 days of successful participation.  A prisoner determined by the bureau of prisons to be at a minimum or low risk for recidivating who, over 2 consecutive assessments has not increased their risk of recidivism, shall earn an additional 5 days of time credits for every 30 days of participation. First Step Act.18 U. S. C. Section 3632 (d)(4)

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

The Petitioner Jorge Gomez has successfully received 2 consecutive assessments and has not increased his risk of recidivism.  Mrs. Taitano (Case Manager) & Unit Team Bureau of Prisons, U. S. P Atwater confirmed these facts.  See report dated 11/16/2019 indicating Petitioner is ELIGIBLE for the First Step Act and has a Minimum Recidivism Risk Level.  See Report dated 09/08/2020 Male Pattern Risk Scoring and See Report dated 03/24/2020 Male Custody Classification Form.      Exhibit #7

(b)  Did you present Ground Three in all appeals that were available to you?
☑Yes            ☐No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**   Petitioner Jorge Gomez has qualified for habeas corpus release as of February 24, 2021.
Based on the First Step Act., 18 U. S. C. Section 3632 (d) (4)(A).  Petitioner Jorge Gomez is being held
in violation of the 14th and 5th Amendments of the United States Constitution and should be released by
February 24, 2021 if not sooner.

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner Jorge Gomez has participated in productive activities doing vocational training working at Unicor
Recycling at B.O.P. U.S.P. Atwater from November 1, 2019 to Present.  See Unicor Work Performance
Evaluation Records.    As of January 31, 2021, Petitioner has accumulated 485 days of Credit
The First Step Act 18 U. S. C. Section 3632 (d) (4), 3635 serves to reduce his sentence by 243 days.
Petitioner should therefore be released on February 24, 2021.
 See Exhibits #4, Exhibit #5 and Exhibit #6

(b)  Did you present Ground Four in all appeals that were available to you?
☑Yes                    ☐No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did
       not:    Not Applicable


## Request for Relief

15.  State exactly what you want the court to do:  Grant the Petitioner Jorge Gomez immediate habeas relief.  Direct the
BOP to  immediately apply Petitioner's Jorge Gomez Earned Time Credits, November 1, 2019 through Present.
As of January 31, 2021 the Petitioner Jorge Gomez has accumulated 485 days of credit, which under 18 U.S.C. Section
3632 (d) (4), 3635 serves to reduce his sentence by 243 days.
Goodman v. Ortiz Civ. No. 20-7582 (RMB)

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  02-11-2021

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

# EXHIBIT #1

BP-A0148
JUNE '10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Mr. Baria (UNICOR Factory Manager) | DATE: October 14, 2020 |
|---|---|
| FROM: Gomez, Jorge A. | REGISTER NO.: 23660-111 |
| WORK ASSIGNMENT: UNICOR | UNIT: Camp, Bunk 19 upper |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.——————I have worked at UNICOR since November 01, 2019. I am requesting to have my "Earned Time Credits" awarded to me as of november 01, 2020.for "Evidence-Based Recidivism Reduction Programming or Productive Activities" under the First Step Act, 18 U.S.C. 3632(d)(4)( As noted, the First Step Act offers prisoners an opportunity to earn credits towards their sentence if they are eligible which according to my case manager, Mrs. Taitano, I am eligible. I was given a PATTERN score or an initial needs assessment twice by the case manager, Mrs. Taitano, and was found both times to be at a "minimum" risk of recidivism, satisfying the requirement in 18 U.S.C. 3632 (a)(1). Pursuant to 18 U.S.C 3632 (d)(4), prisoners shall earn time credits for participation in such programs: (4) Time credits—(i)A prisoner shall earn 10 days of time credits for every 30 days of successful participation in evidence-based recidivism reduction programming or productive activities (which working at UNICOR qualifies). (ii)A A prisoner determined by the bureau of prisons to be at a minimum or low risk for Recidivating, who, over 2 consecutive assessments (which I am)has not increased their risk of recidivism, shall earn an additional 5 days of time credits for every 30 days of successful participation. in evidence based recidivism reduction programming. Please credit my Earned Time Credits of which I have earned 120 days or 4 months and confirm my date for RRC and/or home confinement wi reflect the earned time credits as of November 01, 2020.
(Do not write below this line)

—Continue on back———

DISPOSITION:

Unicor does not keep track. Get with your Counselor.

| Signature Staff Member | Date 10-16-20 |
|---|---|

Record Copy - File; Copy - Inmate

PDF                                   Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER        **SECTION 6**

--Continuing from The Front

For the foregoing reasons, plus the fact that I have been a model inmate and have zero infractions, I should be awarded my "Earned Time Credits" and I should be able to leave Atwater Federal Prison Camp at least 4 months prior to my RRC date of April 29, 2021. Thank You.

Jorge Gomez Reg# 23660-111
Atwater Federal Prison Camp

October 14, 2020

# EXHIBIT #2

BP-A0148
JUNE '10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE

**FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member)<br>Mrs. Taitano (Case Manager) & Unit Team | DATE:   October 14, 2020 |
|---|---|
| FROM: Gomez, Jorge A. | REGISTER NO.: 23660-111 |
| WORK ASSIGNMENT:     UNICOR | UNIT:   Camp, Bunk 19 upper |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request. ------I have worked at UNICOR since November 01, 2019. I am requesting to have my "Earned Time Credits" awarded to me as of november 01, 2020.for "Evidence-Based Recidivism Reduction Programming or Productive Activities" under the First Step Act, 18 U.S.C. 3632(d)(4)( As noted, the First Step Act offers prisoners an opportunity to earn credits towards their sentence if they are eligible which according to my case manager, Mrs. Taitano, I am eligible. I was given a PATTERN score on an initial needs assessment twice by the case manager, Mrs. Taitano, and was found both times to be at a "minimum" risk of recidivism, satisfying the requirement in 18 U.S.C. 3632 (a)(1). Pursuant to 18 U.S.C. 3632 (d)(4), prisoners shall earn time credits for participation in such programs: (4) Time credits--(i)A prisoner shall earn 10 days of time credits for every 30 days of successful participation in evidence-based recidivism reduction programming or productive activities (which working at UNICOR qualifies). (ii)A prisoner determined by the bureau of prisons to be at a minimum or low risk for Recidivating, who, over 2 consecutive assessments (which I am)has not increased their risk of recidivism, shall earn an additional 5 days of time credits for every 30 days of successful participation in evidence based recidivism reduction programming. Please credit my Earned Time Credits of which I have earned 120 days or 4 months and confirm my date for RRC and/or home confinement wi reflect the earned time credits as of November 01, 2020.

(Do not write below this line)

─Continue on back───

DISPOSITION:

*See attached response.*

| Signature Staff Member | Date   10/17/2020 |
|---|---|

Record Copy - File; Copy - Inmate

PDF

Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

--Continuing on The From

For the foregoing reasons, plus the fact that I have been a model inmate and have zero infractions, I should be awarded my "Earned Time Credits" and I should be able to leave Atwater Federal Prison Camp at least 4 months prior to my RRC date of April 29, 2021. Thank You.

Jorge Gomez Reg# 23660-111
Atwater Federal Prison Camp

_Jorge Gomez_

October 14, 2020

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| FROM: | REGISTER NO.: |
| WORK ASSIGNMENT: | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

(Do not write below this line)

DISPOSITION:

The time credits for program participation under the First Step Act have yet to be
determined, instilled and cannot be credited at this time.  You have an RRC report date
of 04/29/2021 and you have a BOP SUBST ABUSE TRMT REL date of 10/25/2021 which is 180
days.  Because you completed the RDAP program, per the RDAP policy, Unit Team is to refer
you for at 180 days of RRC placement; however, the RRM is only required to grant 120 days
of RRC placement to allow enough time for Community Treatment Services.  You have been
granted more than 120 days.  You will not be released to RRC prior to 04/29/2021

| Signature Staff Member | Date 10/17/2020 |
|---|---|

Record Copy - File; Copy - Inmate

PDF                                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER                **SECTION 6**

# EXHIBIT #3

BP-A0148
JUNE '10

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Mr. Ciolli (Warden Of U.S.P. Atwater) | DATE: October 14, 2020 |
|---|---|
| FROM: Gomez, Jorge A. | REGISTER NO.: 23660-111 |
| WORK ASSIGNMENT: UNICOR | UNIT: Camp, Bunk 19 upper |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request. I----I have worked at UNICOR since November 01, 2019. I am requesting to have my "Earned Time Credits" awarded to me as of november 01, 2020.for "Evidence-Based Recidivism Reduction Programming or Productive Activities" under the First Step Act, 18 U.S.C. 3632(d)(4)(i As noted, the First Step Act offers prisoners an opportunity to earn credits towards their sentence if they are eligible which according to my case manager, Mrs. Taitano, I am eligible. I was given a PATTERN score or an initial needs assessment twice by the case manager, Mrs. Taitano, and was found both times to be at a "minimum" risk of recidivism, satisfying the requirement in 18 U.S.C. 3632 (a)(1). Pursuant to 18 U.S.C. 3632 (d)(4), prisoners shall earn time credits for participation in such programs: (4) Time credits--(i)A prisoner shall earn 10 days of time credits for every 30 days of successful participation in evidence-based recidivism reduction programming or productive activities (which working at UNICOR qualifies). (ii)AA prisoner determined by the bureau of prisons to be at a minimum or low risk for Recidivating, who, over 2 consecutive assessments (which I am)has not increased their risk of recidivism, shall earn an additional 5 days of time credits for every 30 days of successful participation. in evidence based recidivism reduction programming. Please credit my Earned Time Credits of which I have earned 120 days or 4 months and confirm my date for RRC and/or home confinement wil reflect the earned time credits(as of November 01, 2020ine)

―Continue on back----

DISPOSITION:

Time Credits are applied by The Staff of
the DSCC (Designations & Sentence Computation
Center) in Grand Praine, TX. They are not
calculated locally. The BOP continues to examine
which Evidence Based Programs will qualify for this.

| Signature Staff Member | Date |
|---|---|
| | 10/21/20 |

Record Copy - File; Copy - Inmate

PDF

Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

--Continuing—The From

For the foregoing reasons, plus the fact that I have been a model inmate and have zero infractions, I should be awarded my "Earned Time Credits" and I should be able to leave Atwater Federal Prison Camp at least 4 months prior to my RRC date of April 29, 2021. Thank You.

Jorge Gomez Reg# 23660-111
Atwater Federal Prison Camp

_Jorge Gomez_
October 14, 2020

# EXHIBIT #4

# UNICOR WORK PERFORMANCE EVALUATION RECORD

## First Half Year

NAME: _____Gomez, Jorge_____        REGISTER NUMBER: _____23660-111_____

CREW: __2WAR__        UNIT: __CAMP__        _____Teardown_____
                                                      WORK ASSIGNMENT

____ATW____        ____ARRC____        _____929687022_____
INSTITUTION CODE        INDUSTRY CODE        WORK ASSIGNMENT DOT CODE

___November 1, 2019___        ___March 31, 2020___
EVALUATION BEGIN DATE        EVALUATION END DATE

Rating Scale:   1= Much Worse than          2= Worse than Average          3= Average
                       Average

          4= Better than Average          5= Much Better than Average

Inmate Initials

Supervisor Initials

| Safety | Quality Assurance | Personal Conduct/Hygiene | Punctuality/Productivity | Compliance with work Standards | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 4 | 5 | 5 | 5 | | | | | | 24 |

COMMENTS:

___Gomez  has been at UNICOR since November 2019. He excelled on the sort line___

___and has gained quite a bit of knowledge of the electronic recycling industry.___

___He was promoted quickly to be in charge of battei\ries and sorting of it. He has been___

___performing very well inn this area.___

# EXHIBIT #5

# UNICOR WORK PERFORMANCE EVALUATION RECORD

## Second Half Year

NAME: _____ Gomez, Jorge _____      REGISTER NUMBER: _____ 23660-111 _____

CREW: __2WAR__      UNIT: __CAMP__      _____ Teardown _____
                                            WORK ASSIGNMENT

____ATW____          ____ARRC____          _____929687022_____
INSTITUTION CODE      INDUSTRY CODE      WORK ASSIGNMENT DOT CODE

____April 1, 2020____          ____Current____
EVALUATION BEGIN DATE          EVALUATION END DATE

Rating Scale:   1= Much Worse than      2= Worse than Average      3= Average
                   Average

         4= Better than Average   5= Much Better than Average

| Safety | Quality Assurance | Personal Conduct/Hygiene | Punctuality/Productivity | Compliance with work Standards | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 5 | 4 | 5 | 5 | | | | | | 24 |

Inmate Initials

Supervisor Initials

COMMENTS:

Gomez has has excelled in the batteries - teardown section. He attained record numbers

in the production of lead acid batteries. Due to his his outstanding performance

in the teardown - batteries section, he was promoted to a higher grade.

He has helped the factory achieve its financial goals in the last few months.

ORIGINAL - Stays with UNICOR                                    FPI Form - 44
Copies - One copy to Case Manager after each Evaluation Period          Rev. 11/95

# EXHIBIT #6

```
UNICOR INMATE EARNING STATEMENT        Pay Period: 01/31/2021 Pay Date: 02/02/2021
                                       INST: 01                 FACTORY:  ARRC
REG/NAME: 23360111                     GRADE: GRADE3            GROUP:
          JORGE GOMEZ                                           CREW:     AR 2WAR

         GROSS   -  TAXES   -  POST TAX DEDUCTIONS       -     NET PAY
Curr:    31.57   -          -                            =      31.57
YTD:     31.57   -          -                            =      31.57

EARNINGS       RATE    HOURS              AMOUNT       DATE COMPUTED       11/01/2019
8010  HOL      0.69    13.00               8.97        HIRE DATE          11/01/2019
8040  VACPAID  0.69    32.75              22.60        VACATION DATE      11/01/2019
8052  CTL      0.00   118.75               0.00        LONGEVITY MONTHS        15.00
                                                       UNICOR WORK START  11/01/2019
                                                       ACCRUED VAC HOURS       19.50
                                                       PREV. YRS VAC HOURS
                                                       UNPAID CALLOUT         118.75

                                                       STATUS  94

                                                       DEDUCTIONS/ADJUSTMENT
```

# EXHIBIT #7

DATE REVIEWED: 11/16/19

INSTITUTION: USP ATW          UNIT: Camp
INMATE NAME: Gomez, Jorge   REG NO: 23660-111

FIRST STEP ACT (Circle One):          (ELIGIBLE)          INELIGIBLE

RECIDIVISM RISK LEVEL (Circle One):          (MINIMUM) LOW  MEDIUM          HIGH

| Register Number: | 23660-111 | Date: | 9/8/2020 |
|---|---|---|---|
| Inmate Name: | Gomez, Jorge | | |

| MALE RISK ITEM SCORING | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
|---|---|---|---|---|---|
| **1. Current Age** | > 60 | 0 | | 0 | |
| | 51-60 | 7 | | 4 | |
| Click on gray dropdown box to select, then click on dropdown arrow | 41-50 | 14 | **14** | 8 | **8** |
| | 30-40 | 21 | | 12 | |
| | 26-29 | 28 | | 16 | |
| | < 26 | 35 | | 20 | |
| **2. Walsh w/Conviction** | No | 0 | **0** | 0 | **0** |
| | Yes | 1 | | 0 | |
| **3. Violent Offense (PATTERN)** | No | 0 | **0** | 0 | **0** |
| | Yes | 5 | | 5 | |
| **4. Criminal History Points** | 0 - 1  Points | 0 | | 0 | |
| | 2 - 3  Points | 8 | | 4 | |
| | 4 - 6  Points | 16 | **0** | 8 | **0** |
| | 7 - 9  Points | 24 | | 12 | |
| | 10 - 12  Points | 32 | | 16 | |
| | > 12 Points | 40 | | 20 | |
| **5. History of Escapes** | None | 0 | | 0 | |
| | > 10 Years Minor | 2 | **0** | 1 | **0** |
| | 5 - 10 Years Minor | 4 | | 2 | |
| | < 5 Years Minor/Any Serious | 6 | | 3 | |
| **6. History of Violence** | None | 0 | | 0 | |
| | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 - 10 Years Minor | 3 | **0** | 3 | **0** |
| | 10 - 15 Years Serious | 4 | | 4 | |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 - 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| **7. Education Score** | Not Enrolled | 0 | | 0 | |
| | Enrolled In GED | -2 | **-4** | -1 | **-2** |
| | HS Degree / GED | -4 | | -2 | |
| **8. Drug Program Status** | No DAP Completed | 0 | | 0 | |
| | NRDAP Complete | -3 | **-6** | -1 | **-2** |
| | RDAP Complete | -6 | | -2 | |
| | No Need | -9 | | -3 | |
| **9. All Incident Reports   (120 months)** | 0 | 0 | | 0 | |
| | 1 | 1 | **0** | 1 | **0** |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| **10. Serious Incident Reports  (120 months)** | 0 | 0 | | 0 | |
| | 1 | 2 | **0** | 2 | **0** |
| | 2 | 4 | | 4 | |
| | > 2 | 6 | | 6 | |
| **11. Time Since Last Incident Report** | 12+ months or no incidents | 0 | | 0 | |
| | 7-12 months | 2 | **0** | 1 | **0** |
| | 3-6 months | 4 | | 2 | |
| | <3 | 6 | | 3 | |
| **12. Time Since Last Serious Incident Report** | 12+ months or no incidents | 0 | | 0 | |
| | 7-12 months | 1 | **0** | 2 | **0** |
| | 3-6 months | 2 | | 4 | |
| | <3 | 3 | | 6 | |
| **13. FRP Refuse** | NO | 0 | **0** | 0 | **0** |
| | YES | 1 | | 1 | |
| **14. Programs Completed** | 0 | 0 | | 0 | |
| | 1 | -2 | | -1 | |
| | 2 - 3 | -4 | **0** | -2 | **0** |
| | 4 - 10 | -6 | | -3 | |
| | > 10 | -8 | | -4 | |
| **15. Work Programs** | 0 Programs | 0 | | 0 | |
| | 1 Program | -1 | **-1** | -1 | **-1** |
| | >1 Program | -2 | | -2 | |
| **Total Score (Sum of Columns)** | | General: | **3** | Violent: | **3** |
| **General/Violent Risk Levels** | | General: | Minimum | Violent: | Minimum |
| OVERALL MALE PATTERN RISK LEVEL | | | | | **Minimum** |

PPG6

```
  ATWCV  606.00 *       MALE CUSTODY CLASSIFICATION FORM        *    03-24-2020
PAGE 001 OF 001                                                     13:51:37
                         (A) IDENTIFYING DATA
REG NO..: 23660-111           FORM DATE: 03-18-2020          ORG: ATW
NAME....: GOMEZ, JORGE
                                  MGTV: NONE
PUB SFTY: NONE                    MVED:
                         (B) BASE SCORING
DETAINER: (0) NONE            SEVERITY.......: (3) MODERATE
MOS REL.: 19                  CRIM HIST SCORE: (00) 0 POINTS
ESCAPES.: (0) NONE            VIOLENCE.......: (0) NONE
VOL SURR: (3) VOL SURR        AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (1) <5 YEARS
                         (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%     PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD       TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE       FAMILY/COMMUN..: (4) GOOD

                  --- LEVEL AND CUSTODY SUMMARY ---
 BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
 +3   +20    -4        0        MINIMUM     N/A             OUT     DECREASE


 G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```