**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE GOMEZ,<br><br>  Petitioner,<br><br>  v.<br><br>ANDREW CIOLLI, Warden, U.S.P. Atwater,<br><br>  Respondent. | Case No.: 1:21-cv-00207-AWI-JLT (HC)<br><br>ORDER WITHDRAWING FINDINGS AND RECOMMENDATION |

On March 11, 2021, the Court issued findings and recommendations to dismiss the petition for writ of habeas corpus for failure to exhaust administrative remedies. (Doc. 4.) On April 2, 2021, Petitioner filed a motion to withdraw his habeas petition. (Doc. 5.) Accordingly, the findings and recommendations (Doc. 4) are WITHDRAWN.

IT IS SO ORDERED.

Dated:  **April 5, 2021**          _ **/s/ Jennifer L. Thurston**
                              CHIEF UNITED STATES MAGISTRATE JUDGE